AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
10/21/2025
Clerk, U.S. District Court
Western District of Texas

By: **FMorales**
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -05852(1) - MAT |
| | § |
| (1) JESUS AGUIRRE-CISNEROS | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 18, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following

facts: "The DEFENDANT, Jesus AGUIRRE-Cisneros, an alien to the United States and a citizen of Mexico was

found near the intersection of 9th St. and Oregon St, in El Paso, Texas in the Western District of Texas.

From statements made by the

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ PARGA DAVIS, MARIA I.
Signature of Complainant
Border Patrol Agent

October 21, 2025         at   EL PASO, Texas
Date                                 City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -05852(1)

WESTERN DISTRICT OF TEXAS

(1) JESUS AGUIRRE-CISNEROS

FACTS   (CONTINUED)

DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on 09/29/2025 through Harlingen, Tx.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been deported 2 time(s), the last one being to MEXICO on September 29, 2025, through HARLINGEN, TX


CRIMINAL HISTORY:
07/31/2000, Mattawan, Michigan, Operating Vehicle while intoxicated(M), CNV, 7 Day Confinement.
09/28/2001, South Heaven Port, Michigan, Controlled Substance Possession(F), DSM, .